UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
TAVEON TURNER, on behalf of himself and                    :
all others similarly situated,                             :
                                                           :
                                    Plaintiffs,            :            24-CV-8020 (VSB)
                                                           :
                    -against-                              :            **ORDER**
                                                           :
ALTITUDE CLUB NYC CORP.,                                   :
                                                           :
                                    Defendant.             :
                                                           :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiffs filed this action on October 22, 2024, (Doc. 1), and filed an affidavit of service

on November 25, 2024, (Doc. 5).  The deadline for Defendant to respond to Plaintiffs' complaint

was December 10, 2024.  To date, Defendant has not appeared or responded to the complaint.

Plaintiffs, however, have taken no action to prosecute this case.  Accordingly, if Plaintiffs intend

to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my

Individual Rules and Practices in Civil Cases by no later than February 3, 2025.  If Plaintiffs fail

to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this

case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      January 27, 2025
            New York, New York

            _____
            VERNON S. BRODERICK
            United States District Judge