UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
TAVEON TURNER, on behalf of himself and                :
all others similarly situated,                         :
                                                       :
                              Plaintiffs,              :          24-CV-8020 (VSB)
                                                       :
              -against-                                :          **ORDER**
                                                       :
ALTITUDE CLUB NYC CORP.,                                :
                                                       :
                              Defendant.               :
                                                       :
------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

　　　Plaintiffs filed this action on October 22, 2024, (Doc. 1), and filed an affidavit of service

on November 25, 2024, (Doc. 5).  The deadline for Defendant to respond to Plaintiffs' complaint

was December 10, 2024.  (*See* Doc. 5.)  On January 27, 2025, I directed Plaintiffs to seek default

judgment by no later than February 3, 2025.  (Doc. 7.)  I warned, "If Plaintiffs fail to do so or

otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  (*Id.*)  To date,

Defendant has not appeared or responded to the complaint.  Plaintiffs, however, have not sought

default judgment or taken any action to prosecute this case.

　　　Accordingly, Plaintiffs' claims are dismissed without prejudice pursuant to Rule 41(b).

The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:    February 10, 2025
          New York, New York

                                        _____
                                        VERNON S. BRODERICK
                                        United States District Judge